1  Todd M. Friedman (216752)
2  Adrian R. Bacon (280332)
3  Law Offices of Todd M. Friedman, P.C.
   21550 Oxnard St., Suite 780
4  Woodland Hills, CA 91367
5  Phone: 877-206-4741
   Fax: 866-633-0228
6  tfriedman@toddflaw.com
7  abacon@toddflaw.com
   Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACKIE WINTERS, individually, and on behalf of all others similarly situated, | Case No. 3:16-cv-00289-L-MDD |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| PROSPECT FINANCIAL GROUP, INC.; JASON VONDRAK, | |
| Defendant. | |

Notice of settlement - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOW COME THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 10th of October

By: s/ Todd M. Friedman
TODD M. FRIEDMAN

1  Filed electronically on this 10th day of October 2017, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5  Filed electronically on this 10th Day of October, 2017, with:

6

7  United States District Court CM/ECF system

8

9  Notification sent electronically via the Court's ECF system to:

10  **Hon. Mitchell D. Dembin**
United States District Court
11  Southern District of California

12

13  And all counsel registered on ECF.

14

15                                           This 10th Day of October, 2017.

16                                           s/Todd M. Friedman Esq.
                                             TODD M. FRIEDMAN
17