Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE WINTERS, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PROSPECT FINANCIAL GROUP, INC.; JASON VONDRAK, <br><br> Defendant(s). | Case No. 3:16-CV-00289-L-MDD <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 1st day of December, 2017.

        By:   s/Todd M. Friedman
               Todd M. Friedman, Esq.
               Law Offices of Todd M. Friedman, P.C.
               Attorney for Plaintiff

1  Filed electronically on this 1st day of December 2017, with:

2
3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5
6  **Honorable Mitchell D. Dembin**
United States District Court
7  Southern District of California

8  And all counsel registered on ECF.

9
10                                          This 1st day of December 2017
11
12                                          s/Todd M. Friedman, Esq.
                                            TODD M. FRIEDMAN
13

Notice of Dismissal - 2